

# COURT OF APPEALS
### SECOND DISTRICT OF TEXAS
### FORT WORTH

### NO. 02-12-00018-CV

IN RE LEAH RICHARDSON AND
WILLIE RICHARDSON

RELATORS

------------

## ORIGINAL PROCEEDING

------------

## MEMORANDUM OPINION[1]

------------

The court has considered relators' petition for writ of mandamus and is of the opinion that relief should be denied. Accordingly, relators' petition for writ of mandamus is denied.

PER CURIAM

PANEL:  DAUPHINOT, J.; LIVINGSTON, C.J.; and GABRIEL, J.

DELIVERED:  February 27, 2012

------------

[1]See Tex. R. App. P. 47.4, 52.8(d).